| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2014 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) LEITMAN, MATTHEW F. | 2. Court or Organization U.S. DISTRICT COURT, EASTERN DISTRICT OF MICHIGAN | 3. Date of Report 5/04/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - Active Status | 5a. Report Type (check appropriate type) ☐ Nomination   Date ☐ Initial   ☑ Annual   ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

231 WEST LAFAYETTE BOULEVARD, ROOM 1013
DETROIT, MI 48226

---

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,
checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Senior Proncipal | Miller, Canfield, Paddock and Stone, P.L.C. |
| 2. | Director | Seaholm High School Baseball Boosters |
| 3. | Executive Board Member | Federal Bar Association, Eastern District of Michigan Chapter |
| 4. | President | Harvard Law School Association of Michigan |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Compensation from Law Firm for Professional Services | $114,946.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | Simply Pearls, LLC - Wages |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. 401-K Account No. 1 (H) | | | | | | | | | |
| 2. -Dodge & Cox Income Fund [DODIX] | A | Dividend | | | Sold | 04/03/14 | K | | |
| 3. -Dodge & Cox Stock Fund [DODGX] | A | Dividend | | | Sold | 04/03/14 | K | | |
| 4. -Fidelity Contrafund Fund [FCNTX] | A | Dividend | | | Sold | 04/03/14 | L | | |
| 5. -Oppenheimer Developing Markets Fund Class I [ODVIX] | | None | | | Sold | 04/03/14 | K | | See note in section VIII |
| 6. -Vanguard Inflation-Protected Securities Fund Admiral Shares [VAIPX] | A | Dividend | | | Sold | 04/03/14 | K | | See note in section VIII |
| 7. -Vanguard International Growth Fund Admiral Shares [VWILX] | | None | | | Sold | 04/03/14 | K | | See note in section VIII |
| 8. -Vanguard International Value Fund [VTRIX] | | None | | | Sold | 04/03/14 | K | | |
| 9. -Vanguard Mid-Cap Index Fund Admiral Shares [VIMAX] | A | Dividend | | | Sold | 04/03/14 | K | | See note in section VIII |
| 10. -Vanguard Small-Cap Index Fund Admiral Shares [VSMAX] | A | Dividend | | | Sold | 04/03/14 | K | | See note in section VIII |
| 11. -Vanguard Target Retire 2035 Fund Tr II (Y) | | | | | | | | | |
| 12. -Vanguard Total Bond Market Index Fund Admiral Shares [VBTLX] | A | Dividend | | | Sold | 04/03/14 | L | | |
| 13. IRA Account No. 1 (H) | | | | | | | | | |
| 14. -American Funds Capital World Growth & Income Fund Class C [CWGCX] | A | Dividend | | | Sold | 04/17/14 | K | | |
| 15. -Eagle Mid Cap Stock Class C Fund [HMCCX] | | None | | | Sold | 04/17/14 | J | | |
| 16. -Eaton Vance Global Macro Absolute Return FD Class C Fund [ECGMX] | A | Dividend | | | Sold | 04/17/14 | J | | |
| 17. -John Hancock U.S. Global Leaders Growth Fund Class C [USLCX] | | None | | | Sold | 04/17/14 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | -IVA Worldwide Class C Fund [IVWCX] | | None | | | Sold | 04/15/14 | K | | |
| 19. | -Ivy Global Natural Resources Fund Class C [IGNCX] | | None | | | Sold | 04/17/14 | J | | |
| 20. | -Loomis Sayles Investment Grade Bond C - Natixis Advisor Fund [LGBCX] | A | Dividend | | | Sold | 04/17/14 | K | | |
| 21. | -PIMCO Total Return Class C Fund [PTTCX] | A | Dividend | | | Sold | 04/17/14 | K | | |
| 22. | -PIMCO All Asset Class C Fund [PASCX] | A | Dividend | | | Sold | 04/17/14 | K | | |
| 23. | -Thornburg International Value Fund Class C [THGCX] | | None | | | Sold | 04/17/14 | K | | |
| 24. | -Equinox Mutualhedge Futures Strategy Fund Class C [MHFCX] | | None | | | Sold | 04/15/14 | J | | See note in section VIII |
| 25. | -AMG GW&K Core Bond Fund [MBDFX] | A | Dividend | | | Buy | 04/23/14 | K | | See note in section VIII |
| 26. | | | | | | Sold | 10/01/14 | K | A | |
| 27. | -Artisan International Fund Investor Class [ARTIX] | A | Dividend | K | T | Buy | 04/21/14 | K | | |
| 28. | -Artisan Mid Cap Value Fund Investor Class [ARTQX] | B | Dividend | K | T | Buy | 05/02/14 | K | | |
| 29. | | | | | | Buy (add'l) | 10/22/14 | J | | |
| 30. | | | | | | Buy (add'l) | 11/20/14 | J | | |
| 31. | -Aston/River Road Independant Value Fund Class I [ARVIX] | B | Dividend | K | T | Buy | 05/02/14 | K | | |
| 32. | | | | | | Buy (add'l) | 10/21/14 | J | | |
| 33. | -Calamos Market Neutral Income Fund Class I [CMNIX] | A | Dividend | K | T | Buy | 04/23/14 | K | | |
| 34. | -Champlain Small Company Fund Advisor Class [CIPSX] | B | Dividend | K | T | Buy | 04/21/14 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 10/21/14 | J | | |
| 36. | | | | | Buy (add'l) | 12/24/14 | J | | |
| 37. -Deutsche Short Duration Fund Class S [DBPIX] | A | Dividend | | | Buy | 04/21/14 | K | | See note in section VIII |
| 38. | | | | | Sold | 10/21/14 | K | | |
| 39. -Doubleline Total Return Bond Fund Class I [DBLTX] | B | Dividend | K | T | Buy | 4/21/14 | K | | |
| 40. -Eaton Vance Bond Fund Class I [EVBIX] | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 41. -Equinox Mutualhedge Futures Strategy Fund Class I [MHFIX] | B | Dividend | K | T | Buy | 04/21/14 | K | | |
| 42. -First Eagle Overseas Fund Class I [SGOIX] | A | Dividend | K | T | Buy | 04/23/14 | K | | See note in section VIII |
| 43. -FPA Crescent Fund Institutional Class [FPACX] | B | Dividend | K | T | Buy | 04/23/14 | K | | |
| 44. -Invesco International Small Company Fund Class Y [IEGYX] | B | Dividend | K | T | Buy | 05/06/14 | K | | |
| 45. | | | | | Buy (add'l) | 12/15/14 | J | | |
| 46. -IVA Worldwide Fund Class I [IVWIX] | B | Dividend | K | T | Buy | 05/02/14 | K | | |
| 47. | | | | | Buy (add'l) | 12/18/14 | J | | |
| 48. -IVY Asset Strategy Fund Class Y [WASYX] | | None | | | Buy | 05/06/14 | K | | |
| 49. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 50. | | | | | Sold | 12/10/14 | K | A | |
| 51. -John Hancock US Global Leaders Growth Fund Class I [USLIX] | C | Dividend | K | T | Buy | 04/23/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 53. | | | | | Buy (add'l) | 12/17/14 | J | | |
| 54. -JPMorgan Core Bond Fund Select Class [WOBDX] | A | Dividend | K | T | Buy | 04/21/14 | K | | |
| 55. -MFS Emerging Markets Debt Fund Class I [MEDIX] | A | Dividend | K | T | Buy | 04/23/14 | K | | |
| 56. -PIMCO All Asset Fund Class P [PALPX] | B | Dividend | K | T | Buy | 04/21/14 | K | | |
| 57. -Principal Global Diversified Income Fund Class P [PGDPX] | B | Dividend | K | T | Buy | 04/23/14 | K | | |
| 58. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | K | T | Buy | 12/10/14 | K | | |
| 59. -Putnam Investors Fund Class Y [PNVYX] | A | Dividend | L | T | Buy | 04/23/14 | K | | |
| 60. | | | | | Buy (add'l) | 10/23/14 | J | | |
| 61. -Vanguard Index Funds S&P 500 ETF SHS NEW [VOO] | A | Dividend | K | T | Buy | 05/06/14 | K | | |
| 62. -Vanguard Short Term Investment Grade FD Admiral Shares [VFSUX] | A | Dividend | K | T | Buy | 10/21/14 | K | | |
| 63. Raymond James Deposit Accounts | A | Interest | K | T | | | | | |
| 64. Chase Bank Cash Deposit Accounts | A | Interest | K | T | | | | | |
| 65. New York Whole Life Insurance Policy | A | Dividend | K | T | | | | | |
| 66. IRA Account No. 2 (H) | | | | | | | | | |
| 67. -Eagle Mid Cap Stock Fund Class C [HMCCX] | | None | | | Sold | 04/17/14 | J | | |
| 68. -John Hancock U.S. Global Leaders Growth Fund Class C [USLCX] | | None | | | Sold | 04/17/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -PIMCO Total Return Fund Class C [PTTCX] | A | Dividend | | | Sold | 04/17/14 | K | | |
| 70. -PIMCO All Asset Class C Fund [PASCX] | A | Dividend | | | Sold | 04/17/14 | J | | |
| 71. -Thornburg Value Fund Class C [TVCFX] | | None | | | Sold | 04/17/14 | J | | |
| 72. -Dodge & Cox International Stock Fund [DODFX] | A | Dividend | K | T | Buy | 05/02/14 | K | | |
| 73. | | | | | Buy (add'l) | 10/22/14 | J | | |
| 74. -FPA Crescent Fund Institutional Class [FPACX] | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 75. -Invesco International Small Company Fund Class Y [IEGYX] | A | Dividend | J | T | Buy | 10/23/14 | J | | |
| 76. -Loomis Sayles Bond Future Retail Class [LSBRX] | A | Dividend | | | Buy | 04/21/14 | K | | |
| 77. | | | | | Sold | 10/21/14 | K | | |
| 78. Brokerage Account No. 1(H) | | | | | | | | | |
| 79. -Deutsche Managed Municipal Bond Fund Class S [SCMBX] | A | Dividend | J | T | | | | | See note is Section VIII |
| 80. -Davis New York Venture Fund Class Y [DNVYX] | C | Dividend | K | T | | | | | See note in Section VIII |
| 81. -American Funds Growth Fund of America Class F1 [GFAFX] | A | Dividend | J | T | | | | | See note in Section VIII |
| 82. -Ivy Asset Strategy Fund Class Y [WASYX] | | None | | | Sold | 12/10/14 | K | | See note in Section VIII |
| 83. -PIMCO Diversified Income Fund Class P [PDVPX] | A | Dividend | J | T | | | | | See note in Section VIII |
| 84. -Deutsche Short Term Municipal Bond Fund Class S [SRMSX] | A | Dividend | L | T | Buy | 04/22/14 | L | | See note in Section VIII |
| 85. -Putnam Capital Spectrum Fund Class Y [PVSYX] | | None | K | T | Buy | 12/10/14 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MI Education Saving Program, Moderate Aged-Based Option | | None | M | T | | | | | |
| 87. Ally Demand Note Account | A | Interest | J | T | | | | | |
| 88. Miller Canfield Capital Account (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII, Line 5: Oppenheimer Developing Markets Fund Class Y converted to Oppenheimer Developing Markets Fund Class I due to a change in share class.

Section VII, Line 6: Vanguard Inflation-Protected Securities Fund Investor Shares transferred to Vanguard Inflation-Protected Securities Admiral Shares [VAIPX] due to a change in share class.

Section VII, Line 7: Vanguard International Growth Fund Investor Shares transferred to Vanguard International Growth Fund Admiral Shares [VWILX] due to a change in share class.

Section VII, Line 9: Vanguard Mid-Cap Index Fund Investor Shares transferred to Vanguard Mid-Cap Index Fund Admiral Shares [VIMAX} due to a change in share class.

Section VII, Line 10: Vanguard Small-Cap Index Fund Investor Shares transferred to Vanguard Small-Cap Index Fund Admiral Shares [VSMAX] due to a change in share class.

Section VII, Line 24: Mutualhedge Frontier Legends Fund Class C [MHFCX] is now known as Equinox Mutualhedge Futures Strategy Fund Class C [MHFCX]

Section VII, Line 25: AMG Managers Total Return Bond Fund [MBDFX] is now known as AMG GW&K Core Bond Fund [MBDFX]

Section VII, Line 37: DWS Short Duration Fund Class S [DBPIX] is now known as Deutsche Short Duration Fund Class S [DBPIX]

Section VII, Line 42: First Eagle Overseas Fund Class A [SGOVX] transferred to First Eagle Overseas Fund Class I [SGOIX] due to a change in share class.

Section VII, Line 79: DWS Managed Municipal Bond Fund Class C [SMLCX] transferred to DWS Managed Municipal Bond Fund Class S [SCMBX] due to a change in share class. The asset then changed names to Deutsche Managed Municipal Bond Fun Class S [SCMBX]

Section VII, Line 80: Davis New York Venture Fund Class C [NYVCX] transferred to Davis New York Venture Fund Class Y [DNVYX] due to a change in share class.

Section VII, Line 81: American Funds Growth Fund of America Class C [GFACX] transferred to Growth Fund of America Class F1 - American Funds [GFAFX] due to a change in share class.

Section VII, Line 82: Ivy Asset Strategy Fund Class C [WASCX] transferred to Ivy Asset Strategy Fund Class Y [WASYX] due to a change in share class.

Section VII, Line 83: PIMCO Diversified Income Fund Class C [PDICX] transferred to PIMCO Diversified Income Fund Class P [PDVPX] due to a change in share class.

Section VII, Line 84: DWS Short Term Municipal Bond Fund Class S [SRMSX] is now known as Deutsche Short Term Municipal Bond Fund Class S [SRMSX]

| Name of Person Reporting | Date of Report |
|---|---|
| LEITMAN, MATTHEW F. | 5/04/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ MATTHEW F. LEITMAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544